**Order entered February 17, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00585-CV

### IN THE INTEREST OF: S.B.H., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-13791**

## ORDER

Before the Court is appellant Kala Dhrama's February 12, 2015, unopposed motion for extension of time to file her reply brief. We **GRANT** the motion and **ORDER** appellant Kala Dhrama file her reply brief no later than March 27, 2015.

/s/     CRAIG STODDART
        JUSTICE